1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:17-cv-01640 LJO JLT |
| Plaintiff, | ORDER CLOSING CASE |
| v. | (Doc. 20) |
| PADRE HOTEL, LP | |
| Defendant. | |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 20) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 20), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated: __October 31, 2018__ 　　　　　 __/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE